# Michelle Gentile

| | |
|---|---|
| **From:** | DO_NOT_REPLY@lso.com on behalf of LSO <DO_NOT_REPLY@LSO.COM> |
| **Sent:** | Thursday, November 19, 2015 9:10 AM |
| **To:** | Michelle Gentile |
| **Subject:** | Lone Star Overnight - Your LSO Delivery Confirmati |

Here is the LSO Delivery Confirmation for Airbill tracking number: ZT141872

Tracking #: ZT141872
Delivery Date: Nov 19 2015 9:01AM
Signed By: s mendoza

Delivered To: CRIMINAL EXHIBIT CLERK
301 JACKSON STREET
RICHMOND, TX 77469

Billing Ref 1: 01-14-00335-CR
Billing Ref 2:
Billing Ref 3:
Billing Ref 4:

This is an auto-generated E-mail, please do not reply.